MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: tratosm@gtlaw.com
rabeb@gtlaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROCARE HOSPICE OF NEVADA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ONECARE HOSPICE, LLC, a Nevada limited liability company; ONECARE HEALTH SERVICES, LLC, a Nevada limited liability company; ONECARE HOME HEALTHCARE, LLC, a Nevada limited liability company; and COMMUNITY HOME HEALTHCARE, LLC, a Nevada limited liability company, DOES 1-10; and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-00417<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff ProCare Hospice of Nevada, LLC ("Plaintiff") and Defendants OneCare Hospice LLC, OneCare Health Services, LLC, OneCare Home Healthcare, LLC, and Community Home Healthcare, LLC (collectively "Defendants"), hereby stipulate and agree as follows:

1. Plaintiff commenced this action in the United States District Court, District of Nevada, on March 12, 2021.

2. Defendants were served with the summons and complaint on March 17, 2021.

///

3. The deadline for Defendants to answer or otherwise respond to the complaint is currently April 7, 2021.

4. Plaintiff has informed Defendants that it intends to file an amended complaint shortly. As such, the parties hereby agree that (1) counsel for Defendants will accept service of the amended complaint; and (2) Defendants will not respond to the complaint filed on March 12, 2021, but will respond in the ordinary course to the amended complaint. This is the first stipulation for extension of time.

5. By so stipulating, no party waives any claims, rights or defenses and each party expressly reserves all rights and defenses under Fed. R. Civ. P. 8 and 12.

6. This is the first extension of time requested. This stipulation is made in good faith and not in an attempt to delay proceedings.

DATED this 7th day of April, 2021.                DATED this 7th day of April, 2021.

HUTCHISON & STEFFEN, PLLC                         GREENBERG TAURIG, LLP

*/s/ Patricia Lee*                                */s/ Bethany L. Rabe*
Patricia Lee (8287)                               Mark G. Tratos, Esq. (NV Bar No. 1086)
Joseph R. Ganley (5643)                           Bethany L. Rabe, Esq. (NV Bar No. 11691)
Peccole Professional Park                         10845 Griffith Peak Dr., Suite 600
10080 West Alta Drive, Suite 200                  Las Vegas, Nevada 89135
Las Vegas, Nevada 89145                           *Attorneys for Defendants*
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: April 8, 2021