MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:   tratosm@gtlaw.com
          rabeb@gtlaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PROCARE HOSPICE OF NEVADA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ONECARE HOSPICE, LLC, a Nevada limited liability company; ONECARE HEALTH SERVICES, LLC, a Nevada limited liability company; ONECARE HOME HEALTHCARE, LLC, a Nevada limited liability company; and DOES 1-10; and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No.:   2:21-CV-00417-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO ANTI-SLAPP MOTION (ECF NO. 36)**<br><br>**(FIRST REQUEST)** |

Plaintiff PROCARE HOSPICE OF NEVADA, LLC ("Plaintiff") and Defendants ONECARE HOSPICE LLC, ONECARE HEALTH SERVICES, LLC, and ONECARE HOME HEALTHCARE, LLC (collectively "Defendants") hereby stipulate and agree that the deadline for Defendants' response to Plaintiff's special anti-SLAPP motion to dismiss pursuant to NRS 41.660 (ECF No. 36), which is currently due on Monday August 9, 2021, be extended by three (3) weeks to Monday, August 30, 2021.  This is the first request to extend this deadline.

/ / /

/ / /

/ / /

This extension is to allow the parties to continue ongoing settlement discussions. This stipulation is made in good faith and not in an attempt to delay proceedings.

DATED this 5th day of August, 2021.         DATED this 5th day of August, 2021.

**HUTCHISON & STEFFEN, PLLC**                **GREENBERG TRAURIG, LLP**


   /s/ Patricia Lee                              /s/ Bethany L. Rabe
PATRICIA LEE, ESQ.                           MARK G. TRATOS, ESQ.
Nevada Bar No. 8287                          Nevada Bar No. 1086
JOSEPH R. GANLEY, ESQ.                       BETHANY L. RABE, ESQ.
Nevada Bar No. 5643                          Nevada Bar No. 11691
DAVID M. DOTO, ESQ.                          10845 Griffith Peak Drive, Suite 600
Nevada Bar No. 11796                         Las Vegas, Nevada 89135
Peccole Professional Park                    *Attorneys for Defendants*
10080 West Alta Drive, Suite 200
Las Vegas, Nevada  89145
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated:    August 6, 2021

ACTIVE 53091312v1