Patricia Lee (8287)
Joseph R. Ganley (5643)
David M. Doto (11796)
Ramez Ghally (15225)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:   (702) 385-2086
plee@hutchlegal.com
jganley@hutchlegal.com
ddoto@hutchlegal.com
rghally@hutchlegal.com

*Attorney for ProCare Hospice of Nevada, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROCARE HOSPICE OF NEVADA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ONECARE HOSPICE, LLC, a Nevada limited liability company; ONECARE HEALTH SERVICES, LLC, a Nevada limited liability company; ONECARE HOME HEALTHCARE, LLC, a Nevada limited liability company DOES 1-10; and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-00417-APG-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR PROCARE TO FILE MOTION FOR PARTIAL DISCOVERY STAY PURSUANT TO THE COURT'S ORDER ON THE MOTION FOR PROTECTIVE ORDER** |

Plaintiff ProCare Hospice, LLC and Defendants OneCare Hospice, LLC, OneCare Health Services, LLC, and OneCare Home Healthcare, LLC, by and through their respective attorneys of record, hereby stipulate to a one-week extension of ProCare's deadline to file a Motion for Partial Stay of Discovery pursuant to the Court's December 27, 2021 Corrected Order on the Motion for Protective Order (ECF No. 50) in light of ongoing settlement efforts.

Accordingly, the parties agree that the deadline for ProCare to file a Motion for Partial Stay shall be January 12, 2022.

DATED this 5th January, 2022.

HUTCHISON & STEFFEN, PLLC

/s/ Patricia Lee
_____
Patricia Lee (8287)
Joseph R. Ganley (5643)
David M. Doto (11796)
Ramez Ghally (15225)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorney for ProCare Hospice of Nevada, LLC*

DATED this 5th January, 2022.

GREENBERG TRAURIG, LLP

/s/ Bethany Rabe
_____
Mark G. Tratos, Esq. (1086)
Bethany L. Rabe, Esq. (11691)
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135

*Attorneys for Defendants*

### ORDER

Upon stipulation of the parties:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that ProCare's deadline to file a Motion for Partial Stay of Discovery Pursuant to the Court's Order on the Motion for Protective Order shall be January 12, 2022.

DATED this __6th__ day of January, 2022.

**IT IS SO ORDERED.**

_____
United States Magistrate Judge